UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20117-CIV-ALTONAGA/Goodman

**ALEKSANDAR MAJSTOROVIC**,

    Plaintiff,
v.

**CG RYC, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Law Firm Zarco, Einhorn, Salkowski & Brito, PA's Unopposed Motion to Withdraw as Counsel of Record for Plaintiff [ECF No. 28], filed April 10, 2018. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 28]** is **DENIED**. Plaintiff has until April 13, 2018 to retain new counsel and have new counsel respond to the Motion to Dismiss. (*See* Order [ECF No. 27]).

**DONE AND ORDERED** in Miami, Florida, this 10th day of April, 2018.

*(signature)*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record