UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20117-CIV-ALTONAGA/Goodman

ALEKSANDAR MAJSTOROVIC,

    Plaintiff,
v.

CG RYC LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On March 13, 2018, Defendants, CG RYC, LLC; CG Miami River LLC; Food and Leverage LLC; Stephane Dupoux; and Meyer Chetrit, filed a Motion to Dismiss [ECF No. 13]. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). On March 30, 2018, Plaintiff, Aleksandar Majstorovic, filed a Motion for Enlargement of Time [ECF No. 21] informing the Court he intended to retain new counsel and requesting the Court extend the deadline to respond to the Motion to Dismiss. On April 5, 2018, the Court entered an Order [ECF No. 27] granting the Motion for Enlargement of Time in part and requiring Plaintiff to retain new counsel and have new counsel file a response to the Motion to Dismiss by April 13, 2018.

On April 10, 2018, counsel for Plaintiff filed a Motion to Withdraw as Counsel [ECF No. 28]. That same day, the Court denied the Motion to Withdraw and reminded Plaintiff he has until April 13, 2018 to retain new counsel and respond to the Motion to Dismiss. (*See* April 10, 2018 Order [ECF No. 30]). Remarkably, new counsel has still not appeared for Plaintiff, nor has Plaintiff – with his current counsel – responded to the Motion to Dismiss.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss **[ECF No. 13]** is **GRANTED by default** and the Complaint **[ECF No. 1]** is **DISMISSED**. The hearing scheduled for April 19, 2018 is **CANCELLED**. Plaintiff has until **April 27, 2018** to retain new counsel and file an amended complaint, failing which the case will be dismissed.

**DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record